ACCEPTED
14-15-00357-cr
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/27/2015 2:20:17 PM
CHRISTOPHER PRINE
CLERK

## NO. 14-15-00357-CR

## IN THE COURT OF APPEALS
## FOR THE
## FOURTEENTH JUDICIAL DISTRICT OF TEXAS
## HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/27/2015 2:20:17 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| **ERIK KUETHER** | § | **APPELLANT** |
| | § | |
| **V.** | § | |
| | § | |
| **THE STATE OF TEXAS** | § | **APPELLEE** |

### APPEAL FROM THE COUNTY CRIMINAL COURT AT LAW NO. 7
### HARRIS COUNTY, TEXAS
### TRIAL COURT CAUSE NO. 1935745

### APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

ERIK KUETHER, Appellant, pursuant to Texas Rule of Appellate Procedure 10.5(b), submits this motion for extension of time to file his brief.

### I.

Appellant's brief is due on November 30, 2015. However, the complete reporter's record has not yet been filed. Appellant asks that this Court extend his due date to 30 days after the court reporter files the complete record, or to December 30, 2015.

### II.

On September 30, 2015, Appellant's counsel received notice that the reporter's record had been filed. However, upon reviewing the record, counsel determined that only

one volume of a four volume trial record had been filed. On October 10, 2015, counsel contacted the court reporter about the incomplete record. The court reporter acknowledged the error and indicated that a supplemental record would be filed. On October 23, 2015, the court reporter attempted to file the record, but it was refused. On October 30, 2015, the court reporter again attempted to file the record, but it was refused. Appellant has paid for the reporter's record, but as of the filing of this motion, the court reporter has not filed the complete record.

**III.**

This Court has previously granted Appellant one extension of time to file brief. This motion is not made for delay, but to see that justice is done.

Respectfully submitted,

*/s/ Matthew J. DeLuca*
Matthew J. DeLuca
State Bar No. 24069601
712 Main Street, Suite 2450
Houston, Texas 77002
Tel: (713) 429-4400
Fax: (713) 228-2366
matt@mattdelucalaw.com
Attorney for Appellant

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this motion was served on the Harris County District Attorney's Office, by e-service.

*/s/ Matthew J. DeLuca*
Matthew J. DeLuca

2